IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELAINE MCNEAL,           )<br>                                      )<br>     Plaintiff,                     )<br>                                      )           1:06-CV-00007-DRB<br>vs.                                 )            [wo]<br>                                      )<br>JO ANNE B. BARNHART       )<br>COMMISSIONER OF SOCIAL SECURITY,  )<br>                                      )<br>     Defendant.                  )  | |

## ORDER ON MOTION

Upon consideration of the Plaintiff's *Motion to Proceed in Forma Pauperis* (Doc. 2, filed Jan. 4, 2006), for good cause shown, it is hereby

**ORDERED** that the *Motion* (Doc. 2) is GRANTED.

Done this 9TH day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE