IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELAINE MCNEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:06-cv-00007-DRB |
| vs. ) | [wo] |
| ) | |
| JO ANNE B. BARNHART ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON MOTION

Submitted now is the *Defendant's Motion to Remand* (Doc. 19, filed July 10, 2006), the supporting memorandum (Doc. 20) and *Plaintiff's Response to Defendant's Motion to Remand* (Doc.22, filed July 14, 2006).

For good cause based upon the Appeal Council's determination that remand is appropriate for additional proceedings before an administrative law judge,[1] and based upon the Plaintiff's advisement that she "consents to the case being remanded pursuant to sentence four of 42 U.S.C. 405(g)", it is hereby

**ORDERED** that the *Motion* (Doc. 19) is **GRANTED** and the decision of the Commissioner is **REVERSED AND REMANDED**, pursuant to *sentence four* of 42 U.S.C. §405(g) for further

---

[1] Upon receipt of the remand order, "the Appeals Council will remand this case to an ALJ who will be instructed to conduct a supplemental hearing and afford Plaintiff the opportunity to submit additional evidence. The ALJ will reassess the severity of all of Plaintiff's impairments. The ALJ will also reconsider all medical source opinions of record and articulate his rationale for the weight assigned to each. After considering all relevant evidence in the record as supplemented, the ALJ will redetermine Plaintiff's residual functional capacity. If the ALJ should determine that Plaintiff is unable to perform a wide range of work at a given level of exertion, he will have a vocational expert testify regarding Plaintiff's capacity for 'other' work at step five of the sequential evaluation process." (*Def's Mem.* at 1-2)(Doc. 20).

administrative proceedings.

The final judgment requested in the supporting memorandum will be entered.[2]

Done this 14th day of July, 2006.

>   /s/ Delores R. Boyd
>   DELORES R. BOYD
>   UNITED STATES MAGISTRATE JUDGE

---

[2] Entry of the final judgment reversing and remanding this case will begin the appeal period which determines the 30-day period during which time a timely application for attorney fees under the Equal Access to Justice Act may be filed. (*Def's Mem.* at 2-3).