IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELAINE MCNEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:06-cv-00007-DRB |
| vs. ) | [wo] |
| ) | |
| JO ANNE B. BARNHART ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered this day granting the Defendant's motion to remand this case, pursuant to sentence four of 42 U.S.C. §405(g) for further administrative proceedings, it is hereby

**ORDERED, ADJUDGED and DECREED** that **JUDGMENT,** pursuant to Rule 58 of the Federal Rules of Civil Procedure is hereby entered in favor of Plaintiff, Elaine McNeal, and against the Defendant, Commissioner of Social Security, and that this case is **REVERSED and REMANDED** to the Commissioner  further consideration pursuant to *sentence four* of 42 U.S.C. § 405(g).

Done this 14th  day of JULY, 2006.

                              **/s/ Delores R. Boyd**
                              DELORES R. BOYD
                              UNITED STATES MAGISTRATE JUDGE